UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

REGINA REID,

          Plaintiff,

v.                                    Case No:  2:14-cv-114-FtM-38CM

ASSET ACCEPTANCE, LLC,

          Defendant.

_____

## ORDER

Before the Court is the parties' Joint Motion for Enlargement of Deadlines (Doc. 34), filed on October 9, 2014.   The parties are jointly requesting an extension of all remaining case management deadlines.   As grounds for the request, the parties state that they have exchanged paper discovery and have scheduled Plaintiff's deposition for October 17, 2014, but due to scheduling conflicts the parties cannot complete Defendant's deposition prior to the current November 3, 2014 discovery deadline.   Doc. 34 at 1; *see* Doc. 21.   The parties therefore are requesting that the discovery deadline be extended to December 3, 2014 to permit the deposition of Defendant and time for the parties to complete any additional discovery that may be needed following the parties' depositions.   Because an extension of the discovery deadline affects other case management deadlines, the parties also are requesting that all remaining case management deadlines be extended for a period of thirty (30) days.   Upon review of the motion, the Court finds good cause to grant the requested extensions.

ACCORDINGLY, it is hereby

**ORDERED:**

The Joint Motion for Enlargement of Deadlines (Doc. 34) is **GRANTED**.   An Amended Case Management and Scheduling Order will be entered under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of October, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record